## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**John Eugene Pratt**
955 Bishopswood Place
Johns Creek, GA 30022−8453

**xxx−xx−1682**

**Patricia Agnes Pratt**
955 Bishopswood Place
Johns Creek, GA 30022−8453

**xxx−xx−9823**

Case No.: **17−69997−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jordan E. Lubin**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: April 8, 2019
Form 184